IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **FATHER CHRISTOPHER HARTLEY,**     ) | |
| ) | |
| Movant,                              ) | |
| ) | |
| v.                                   ) | Civil Action No. 1:08-mc-00010-RJL |
| ) | |
| **FELIPE VICINI LLUBERES,** *et al.*,   ) | Oral Hearing Requested |
| ) | |
| Respondents.                         ) | |
| ) | |

## NOTICE OF FILING OF DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FATHER CHRISTOPHER HARTLEY'S MOTION TO QUASH

Plaintiffs/Respondents Felipe Vicini Lluberes, *et al.*, by and through their undersigned counsel, hereby file the Declaration of Joseph E. Johns in support of their Opposition to Father Christopher Hartley's Motion to Quash Subpoena, attached hereto as Exhibit 1.  Mr. Johns was present at the time Scott Kucik of Capitol Process Services, Inc., properly effected service upon Father Christopher Hartley.

Respectfully submitted,

/s/ Benjamin G. Chew
Read K. McCaffrey
Stephen Díaz Gavin
Benjamin G. Chew (D.C. Bar #418577)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
E-mail:  bchew@pattonboggs.com

*Counsel for Plaintiffs/Respondents Felipe Vicini Lluberes and Juan Vicini Lluberes*

Dated:  January 24, 2008

4933751

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of January, 2008, I mailed by first-class mail, postage prepaid, and electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF), the foregoing Notice of Filing of Declaration in Support of Plaintiffs' Opposition to Father Christopher Hartley's Motion to Quash his Deposition Subpoena *Duces Tecum*, to the following:

>Sean M Hanifin, Esq.
>ROSS DIXON & BELL LLP
>2001 K Street, N.W.
>Washington, DC  20006-1040
>Telephone:  (202) 662-2000
>Facsimile:  (202) 662-2190
>E-mail:  shanifin@rdblaw.com
>
>*Counsel for Father Christopher Hartley*
>
>Elizabeth C. Koch, Esq.
>LEVINE SULLIVAN KOCH & SHULTZ, LLP
>1050 17th Street, N.W.
>Suite 800
>Washington, DC 20036
>Telephone:  (202) 508-1100
>Facsimile:  (202) 861-9888
>E-mail:  BKoch@skslaw.com
>
>*Counsel for Defendants*

>/s/Benjamin G. Chew
>Benjamin G. Chew

# EXHIBIT 1

Case 1:08-mc-00010-RJL   Document 3-2   Filed 01/24/2008   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FATHER CHRISTOPHER HARTLEY, ) <br> ) <br> Movant, ) <br> ) <br> v. ) <br> ) <br> FELIPE VICINI LLUBERES, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 1:08-mc-00010-RJL |

## DECLARATION OF JOSEPH E. JOHNS

I, Joseph E. Johns, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am over 18 years of age and competent to give this Declaration based on my personal knowledge of the facts set forth herein.

2. I am a CNN correspondent, Washington, D.C. Bureau.

3. On the afternoon of November 14, 2007, I was on the street in Washington, D.C. with Father Christopher Hartley.

4. While we were waiting at an intersection a gentleman called out Father Hartley's name.

5. I saw the gentleman attempt to hand some papers to Father Hartley.

6. Father Hartley took a quick look at the papers and walked away.

7. At that point that same gentleman said something like "Father Hartley, I am laying the document at your feet" or "I am laying the subpoena at your feet."

8.  Father Hartley did not look back and kept walking.

Signed on January 23, 2008.

_____
Joseph E. Johns