IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FATHER CHRISTOPHER HARTLEY,** | ) | |
| Movant, | ) | |
| v. | ) | Civil Action No. 1:08-mc-00010-RJL |
| **FELIPE VICINI LLUBERES,** *et al.*, | ) | Oral Hearing Requested |
| Respondents. | ) | |

## CERTIFICATE OF COMPLIANCE WITH LCvR 7(m)

Plaintiffs/Respondents Felipe Vicini Lluberes and Juan Vicini Lluberes ("Plaintiffs" or the "Vicinis"), by and through their undersigned counsel, have made a good faith effort to confer with Father Christopher Hartley's counsel in connection with filing their Motion for Leave to File Surreply to Fr. Hartley's Reply in Support of Motion to Quash Non-Party Subpoena, but counsel was not available.

Respectfully submitted,

/s/ Benjamin G. Chew
Read K. McCaffrey
Stephen Díaz Gavin
Benjamin G. Chew (D.C. Bar #418577)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
E-mail:  bchew@pattonboggs.com

*Counsel for Plaintiffs/Respondents Felipe Vicini Lluberes and Juan Vicini Lluberes*

Dated:  February 1, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2008, I delivered, by hand, and electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF), the foregoing Certificate of Compliance with LCvR 7(m), to the following:

Sean M Hanifin, Esq.
ROSS DIXON & BELL LLP
2001 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 662-2000
Facsimile:   (202) 662-2190
E-mail:        shanifin@rdblaw.com

*Counsel for Father Christopher Hartley*

Elizabeth C. Koch, Esq.
LEVINE SULLIVAN KOCH & SHULTZ, LLP
1050 17th Street, N.W.
Suite 800
Washington, DC  20036
Telephone:  (202) 508-1100
Facsimile:   (202) 861-9888
E-mail:        bkoch@skslaw.com

*Counsel for Defendants*

/s/ Benjamin G. Chew
Benjamin G. Chew