IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATHER CHRISTOPHER HARTLEY<br><br>           Movant,<br><br>   v.<br><br>FELIPE VICINI LLUBERES, *et al.*,<br><br>           Respondents. | Civil Action No. 1:08-mc-00010-RJL |

## NOTICE OF FILING

Father Christopher Hartley, through counsel and appearing specially and solely for the purpose of contesting a subpoena *duces tecum* served on him by Respondents, hereby files notice that on March 31, 2008 the following motion was filed with the Clerk of the Court under seal: Motion to Supplement the Record.

Respectfully submitted,

Dated: March 31, 2008

By:   /s/ Sean M. Hanifin
     Sean M. Hanifin (D.C. Bar No. 358347)
     ROSS, DIXON & BELL, LLP
     2001 K Street, N.W.
     Washington, D.C. 20006-1040
     Telephone: (202) 662-2000
     Facsimile: (202) 662-2190

     Attorneys for Movant Father Christopher Hartley

366183 v 1