IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **FATHER CHRISTOPHER HARTLEY,** ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-mc-00010-RJL |
| ) | |
| **FELIPE VICINI LLUBERES**, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF FILING

Plaintiffs/Respondents Felipe Vicini Lluberes and Juan Vicini Lluberes ("Plaintiffs" or the "Vicinis"), by and through their undersigned counsel, hereby file notice that on April 2, 2008, their Response to Father Christopher Hartley's Motion to Supplement the Record, with exhibits, was filed with the Clerk of the Court under seal. These documents are not available for public viewing.

Respectfully submitted,

/s/ Benjamin G. Chew
Read K. McCaffrey
Stephen Díaz Gavin
Benjamin G. Chew (DC Bar #418577)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
E-mail: bchew@pattonboggs.com

*Counsel for Plaintiffs/Respondents Felipe Vicini Lluberes and Juan Vicini Lluberes*

Dated: April 2, 2008

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 2nd day of April, 2008, I mailed by first class mail, postage prepaid, and electronically filed with the Clerk using the CM/ECF system, which will then send a notification of such filing (NEF), the foregoing Notice of Filing upon the following:

    Sean M Hanifin, Esq.
    ROSS DIXON & BELL LLP
    2001 K Street, NW
    Washington, DC  20006
    Telephone:  (202) 662-2000
    Facsimile:   (202) 662-2190
    E-mail:       shanifin@rdblaw.com

    *Counsel for Movant Father Christopher Hartley*

    Elizabeth C. Koch, Esq.
    LEVINE SULLIVAN KOCH & SHULTZ, LLP
    1050 17th Street, NW
    Suite 800
    Washington, DC  20036
    Telephone:  (202) 508-1100
    Facsimile:   (202) 861-9888
    E-mail:       bkoch@skslaw.com

    *Counsel for Defendants in the Underlying Action*

    /s/ Benjamin G. Chew
    Benjamin G. Chew