UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
MAY 2 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE FATHER CHRISTOPHER HARTLEY,

    Petitioner,

v.

FELIPE VICINI LLUBERES, *et al.*,

    Respondents.

Misc. Case No. 08-010 (RJL)

## ORDER

Before the Court is Father Christopher Hartley's motion to quash a subpoena *duces tecum*. Upon consideration of the parties' pleadings, oral argument, the relevant law, and the entire record herein, it is this 2nd day of May, 2008 hereby

**ORDERED** that the Motion to Quash Non-Party Subpoena [Dkt. #1] is GRANTED in part and DENIED in part; it is further

**ORDERED** that Father Hartley's motion to quash is GRANTED with respect to Father Hartley's future appearance at a deposition; it is further

**ORDERED** that Father Hartley's motion to quash is DENIED with respect to Father Hartley's obligation to produce the documents subpoenaed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

