IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FATHER CHRISTOPHER HARTLEY,** | ) ) ) | |
| Movant, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:08-mc-00010-RJL |
| **FELIPE VICINI LLUBERES,** *et al.*, | ) ) ) | UNDER SEAL |
| Respondents. | ) ) ) | |

## NOTICE OF FILING

Plaintiffs/Respondents Felipe Vicini Lluberes and Juan Vicini Lluberes ("Plaintiffs" or the "Vicinis"), by and through their undersigned counsel, hereby file notice that on May 27, 2008, their Reply in further support of their Motion for Clarification, with exhibits, was filed with the Clerk of the Court under seal. These documents are not available for public viewing.

                                               Respectfully submitted,

                                       /s/ Benjamin G. Chew
                                       Read K. McCaffrey, Esq.
                                       Stephen Díaz Gavin, Esq.
                                       Benjamin G. Chew, Esq. (DC Bar #418577)
                                       PATTON BOGGS LLP
                                       2550 M Street, NW
                                       Washington, DC  20037
                                       Telephone:  (202) 457-6000
                                       Facsimile:   (202) 457-6315
                                       E-mail:       bchew@pattonboggs.com

                                       *Counsel for Plaintiffs/Respondents Felipe Vicini Lluberes and*
                                       *Juan Vicini Lluberes*

Dated:  May 27, 2008

4950116

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May, 2008, I mailed by first class mail, postage prepaid, and electronically filed with the Clerk using the CM/ECF system, which will then send a notification of such filing (NEF), the foregoing Notice of Filing upon the following:

> Sean M Hanifin, Esq.
> ROSS DIXON & BELL LLP
> 2001 K Street, NW
> Washington, DC  20006
> Telephone:  (202) 662-2000
> Facsimile:    (202) 662-2190
> E-mail:        shanifin@rdblaw.com
>
> *Counsel for Movant Father Christopher Hartley*
>
> Elizabeth C. Koch, Esq.
> LEVINE SULLIVAN KOCH & SHULTZ, LLP
> 1050 17th Street, NW
> Suite 800
> Washington, DC  20036
> Telephone:  (202) 508-1100
> Facsimile:    (202) 861-9888
> E-mail:        ekoch@lskslaw.com
>
> *Counsel for Defendants in the Underlying Action*
>
> /s/ Benjamin G. Chew
> Benjamin G. Chew

4950116